# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**NATHAN J. MANN,**<br><br>Defendant. | PO 21-5059-GF-JTJ<br><br>VIOLATIONS:<br>9712433<br>9712434<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $350 for these violations as outlined in the government's unopposed motion. Payment is due on or before June 1, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that the initial appearance in the above captioned matter, currently scheduled for March 4, 2021, is **VACATED**.

DATED this 3rd day of March 2021.

John Johnston
United States Magistrate Judge